ADELINA T. BERGHOLTZ, Respondent, *v.* ITHACA STREET
RAILWAY COMPANY, Appellant.

*Bergholtz* v. *Ithaca Street Railway Co.*, 143 App. Div. 971,
affirmed.

(Argued December 16, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered April 29, 1911, affirming a judgment in favor of
plaintiff entered upon a decision of the court at a Trial
Term without a jury in an action to recover possession of
a parcel of land occupied by defendant's roadbed.

*Friend H. Miller* for appellant.

*William Nelson Noble* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK,
CHASE and COLLIN, JJ. Absent: WILLARD BARTLETT, J.